DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| In re C.A.J., K.M.J.<br><br>Case below:<br>164 N.C. App. 598 | No. 336P04 | Respondent's (Father) PDR Under<br>N.C.G.S. § 7A-31 (COA03-564) | Denied<br>(12/02/04) |
| In re E.N.S.<br><br>Case below:<br>164 N.C. App. 146 | No. 277P04 | Respondent's (Mother) PDR<br>(COA03-718) | Denied<br>(12/02/04) |
| In re Hudson<br><br>Case below:<br>165 N.C. App. 894 | No. 460P04 | 1. Appellant's (Joseph Morton) NOA<br>Based Upon a Constitutional Question<br>(COA03-556)<br><br>2. Appellant's (Morton) PDR Under<br>N.C.G.S. § 7A-31<br><br>3. Appellant's (Morton) PWC to Review<br>the Decision of the COA | 1. Dismissed<br>*ex mero motu*<br>(12/02/04)<br><br>2. Denied<br>(12/02/04)<br><br>3. Denied<br>(12/02/04) |
| In re M.C. & C.H.<br><br>Case below:<br>165 N.C. App. 274 | No. 543P04 | Appellant's PWC to Review the Decision<br>of the COA (COA03-1656) | Denied<br>(12/02/04) |
| JPG, Inc. v. Dick<br>Beck Prof'l Mktg.,<br>Inc.<br><br>Case below:<br>166 N.C. App. 279 | No. 530P04 | Plt's PDR Under N.C.G.S. § 7A-31<br>(COA03-974) | Denied<br>(12/02/04) |
| Kummer v. Lowry<br><br>Case below:<br>165 N.C. App. 261 | No. 359P04 | Plt's PDR Under N.C.G.S. § 7A-31(c)<br>(COA03-1079) | Denied<br>**10/08/04** |
| L & M Transp.<br>Servs., Inc. v.<br>Morton Indus. Grp.,<br>Inc.<br><br>Case below:<br>163 N.C. App. 606 | No. 261P04 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA03-709) | Denied<br>(12/02/04) |
| Leder v. Leder<br><br>Case below:<br>166 N.C. App. 498 | No. 509P04 | Appellant's (Joseph Leder) PDR Under<br>N.C.G.S. § 7A-31 (COA03-1007) | Denied<br>(12/02/04) |
| Lee v. Scarborough<br><br>Case below:<br>164 N.C. App. 357 | No. 313P04 | 1. Def's (Scarborough) PDR Under<br>N.C.G.S. § 7A-31 (COA02-1632-2)<br><br>2. Plt's PDR Under N.C.G.S. § 7A-31 | 1. Denied<br>(12/02/04)<br><br>2. Denied<br>(12/02/04) |